**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7435

BERNARD SINGLETON,

Petitioner - Appellant,

versus

COMMONWEALTH OF VIRGINIA; RON ANGELONE, Direc-
tor of Prisons,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-00-1430-AM)

Submitted:  March 8, 2001          Decided:  March 15, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bernard Singleton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Singleton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Singleton's motion to proceed in forma pauperis on appeal, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Singleton v. Commonwealth of Virginia, No. CA-00-1430-AM (E.D. Va. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED